WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William Buford,<br><br>        Plaintiff,<br><br>v.<br><br>David Shinn, et al.,<br><br>        Defendants. | No. CV-21-01784-PHX-DJH (ESW)<br><br>**ORDER** |

The Court has considered Defendants Harvey, Hernandez and Nielson's Motion for Extension of Time to Respond to Plaintiff's Discovery Requests (Doc. 37). Good cause appearing,

IT IS ORDERED granting Defendants Harvey, Hernandez and Nielson's Motion for Extension of Time to Respond to Plaintiff's Discovery Requests (Doc. 37). Defendants shall respond to Plaintiff's First Interrogatories and Request for Production of Documents no later than May 19, 2022.

Dated this 9th day of May, 2022.

Honorable Eileen S. Willett
United States Magistrate Judge