**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William Buford,<br><br>       Plaintiff,<br><br>v.<br><br>David Shinn, et al.,<br><br>       Defendants. | No. CV-21-01784-PHX-DJH (ESW)<br><br>**ORDER** |

The Court has considered Defendants' Motion to Extend the Dispostive [sic] Motion Deadline (Doc. 75). Good cause appearing,

IT IS ORDERED granting Defendants' Motion to Extend the Dispostive [sic] Motion Deadline (Doc. 75).

IT IS FURTHER ORDERED extending the dispositive motion deadline to **November 16, 2022**. The remainder of the Court's Order (Doc. 28), including amendments (Docs. 38, 50, 51, 56, 63, 73) if applicable, is affirmed.

Dated this 9th day of August, 2022.

*/s/ Eileen S. Willett*
Honorable Eileen S. Willett
United States Magistrate Judge