**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| William Buford, | No. CV-21-01784-PHX-DJH (ESW) |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

On January 25, 2022, the Court granted Plaintiff 120 days to file a Notice of Substitution with the actual name of Defendant John Doe I (Doc. 18). The Court subsequently granted Plaintiff two additional extensions of time to substitute the actual name of Defendant John Doe I (Docs. 51, 63). Plaintiff has not filed a Notice of Substitution as to Defendant John Doe I, and the time to do so has passed.

IT IS ORDERED that by **September 16, 2022** the Plaintiff either (i) show cause why the Court should not dismiss without prejudice Defendant John Doe I for failure to prosecute and serve pursuant to Fed. R. Civ. P. 41 and Fed. R. Civ. P. 4(m); OR (ii) file a Notice of Substitution with the actual name of Defendant John Doe I. Failure to comply with the Court's Order in a timely manner may result in dismissal of Defendant John Doe I.

Dated this 16th day of August, 2022.

Honorable Eileen S. Willett
United States Magistrate Judge