WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William Buford,<br><br>    Plaintiff,<br><br>v.<br><br>David Shinn, et al.,<br><br>    Defendants. | No. CV-21-01784-PHX-DJH (ESW)<br><br>**ORDER** |

The Court has considered Defendants' Motion to Extend the Dispositive Motion Deadline (Doc. 90). Good cause appearing,

IT IS ORDERED granting Defendants' Motion to Extend the Dispositive Motion Deadline (Doc. 90).

IT IS FURTHER ORDERED extending the dispositive motion deadline to **March 3, 2023**.

Dated this 21st day of February, 2023.

Honorable Eileen S. Willett
United States Magistrate Judge